# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE PABLO URZUA, | ) | Case No. CV 06-3230 PSG(JC) |
|     Petitioner, | ) | (PROPOSED) JUDGMENT |
|     v. | ) | |
| JOHN MARSHALL, | ) | |
|     Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _____December 8, 2010_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE